ACCEPTED
05-15-00805-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
7/15/2015 3:57:29 PM
LISA MATZ
CLERK

Case Number 05-15-00805-CV

IN THE FIFTH DISTRICT COURT OF APPEALS

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
7/15/2015 3:57:29 PM
LISA MATZ
Clerk

at Dallas

_____

*In Re GEICO Indemnity Company*,

Relator.

_____

Original Proceeding from Cause Number CC-14-02324-A Pending in Dallas
County Court at Law Number One (1)

_____

**MOTION TO DISMISS ORIGINAL PROCEEDING WITH PREJUDICE**

_____

**WALTERS, BALIDO & CRAIN, L.L.P.**
**Gregory R. Ave**
State Bar Number 01448900
greg.ave@wbclawfirm.com
Meadow Park Tower, Suite 1500
10440 North Central Expressway
Dallas, Texas  75231
Telephone Number (214) 347-8310
Facsimile Number (214) 347-8311

ATTORNEYS FOR RELATOR
GEICO INDEMNITY COMPANY

**July 15, 2015**

TO THE HONORABLE DALLAS COURT OF APPEALS:

Relator GEICO Indemnity Company ("GEICO"), pursuant to Texas Rules of Appellate Procedure Rule 10.1 and Rule 42.1(a)(1), files this its motion to dismiss this original proceeding with prejudice on the grounds stated in this motion.

1.     This original proceeding concerns certain orders (entered on or about April 27, 2015 and June 30, 2015) in cause number CC-14-02324-A, styled *Lakedia Whitaker v. GEICO Indemnity Company, et. al.,* and pending in the Dallas County Court at Law Number One(1) of Dallas County, Texas. Lakedia Whitaker ("Whitaker") filed her lawsuit seeking to recover compensatory damages for bodily injuries allegedly sustained due to an automobile accident which occurred on or about July 14, 2012. Specifically, Whitaker sought to recover uninsured motorist ("UM") benefits under Texas personal automobile insurance policy number 4273266652 issued by GEICO, as well as damages for GEICO's alleged bad faith and statutory violations related to the handling of her claim for UM benefits.

2.     Subsequent to the filing of GEICO'S *Petition for Writ of Mandamus*, GEICO and Real Party in Interest Lakedia Whitaker ("Whitaker") reached a settlement agreement as to all issues, both

1

contractual and extra-contractual, alleged under cause number CC-14-02324-A, pending in the Dallas County Court at Law Number One (1), and before the honorable Judge D'Metria Benson. Pursuant to Texas Rules of Appellate Procedure 10.1 and 42.1(1), GEICO file this its motion to dismiss the instant original proceeding.

3. The resolution and conclusion of Whitaker's claim for UM benefits and the full and final release of any and all contractual and purported extra-contractual claims renders this original proceeding moot.

4. The parties have entered into a binding Rule 11 Agreement (attached as Exhibit A) and the settlement and release agreement is in the process of being signed and executed by Whitaker. Via the filing of this Motion, GEICO requests this original proceeding be dismissed with prejudice, with all costs taxed against the party which incurred same. In addition, GEICO and Whitaker have agreed to bear the costs of their own attorneys in the original proceeding and in the trial court.

On these premises, Appellant GEICO Indemnity Company requests the Court dismiss this original proceeding with prejudice, for the Court to order costs to be taxed against the party incurring the same, and that the Court grant such further relief as is just.

Respectfully submitted,

**WALTERS, BALIDO & CRAIN, L.L.P.**

BY:    _/s/ Gregory R. Ave_
GREGORY R. AVE
Texas Bar No.: 01448900
greg.ave@wbclawfirm.com
JAY R. HARRIS
Texas Bar No.: 00793907
Meadow Park Tower, Suite 1500
10440 North Central Expressway
Dallas, Texas 75231
Telephone: 214-347-8310
Facsimile: 214-347-8311

ATTORNEYS FOR RELATOR GEICO
INDEMNITY COMPANY

## CERTIFICATE OF SERVICE

This is to certify that on this the 15th day of July, 2015 a true and correct copy of the above document has been forwarded to all counsel of record in compliance with the Texas Rules of Civil Procedure.

The Honorable Judge D'Metria Benson            **Via hand delivery**
Judge of the Dallas County Court at Law Number 1
for Dallas County, Texas
George L. Allen, Sr. Courts Building
600 Commerce Street, 5th Floor New Tower
Dallas, Texas 75202

Meghana K. Wadhwani                            **Via E-Serve**
Carlos Cortez
Modjarrad Abusaad Said Law Firm
212 West Spring Valley Road
Richardson, Texas 75081

ATTORNEYS FOR REAL PARTY
IN INTEREST LAKEDIA WHITAKER

*/s/ Gregory R. Ave*
Gregory R. Ave

# EXHIBIT A



**AUSTIN ★ DALLAS ★ DECATUR ★ HOUSTON**

SARAH HOLLEY LONG
Partner
sarah.long@wbclawfirm.com
Service of Documents:
LongEDocsNotifications@wbclawfirm.com
(214) 347-8342 - Direct Line
(214) 347-8343 - Direct Fax

July 8, 2015

Carlos Cortez        *Via Facsimile: 972-789-1665*
Meghana K. Wadhwani
Mohamad Said
Modjarrad Abusaad Said Law Firm
212 W. Spring Valley Rd.
Richardson, Texas 75081

> **RE:**   *LAKEDIA WHITAKER VS. GLENDA MAZARIEGOS, JOSE RODRIGUEZ,*
> *AND GEICO INDEMNITY COMPANY*
> **Cause Number:**       CC-14-02324-A
> **Court:**              County Court at Law No. 1, Dallas County, Texas
> **Our File Number:**    1718-77420

Dear Counsel:

Please allow this letter to serve as written confirmation of settlement in the above referenced matter. Defendant GEICO Indemnity Company, has agreed to pay $30,000.00 in exchange for a full and final release of any and all claims as asserted in the above referenced cause number.

Please provide me with any lien/subrogation information so that I may request a settlement check. In the meantime, I will prepare a release and dismissal.

If the foregoing accurately reflects our agreement, please sign in the space provided below and return a signed copy of this correspondence to my office. Please contact me immediately if there are any inaccuracies.

Thank you for your courtesy and attention to this matter.

Very truly yours,

SARAH HOLLEY LONG

AGREED:

Carlos Cortez
Meghana K. Wadhwani
Mohamad Said